■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON GLEN, Appellant. [716 NYS2d 908] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Dowling, J.), rendered March 29, 1999, convicting him of criminal possession of a weapon in the second degree and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the Supreme Court properly admitted evidence that the defendant's authorization to possess a weapon was terminated by the New York City Department of Corrections in August 1997. Such evidence was probative of the defendant's unlawful possession of a weapon,

an element of criminal possession of a weapon in the second degree (*see,* Penal Law § 265.03; *People v Satiro,* 72 NY2d 821; *People v Alvino,* 71 NY2d 233; *People v Herrera,* 191 AD2d 585).

The defendant's remaining contentions are without merit. Florio, J. P., McGinity, Luciano and Feuerstein, JJ., concur.